# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA KEARNS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-14-394-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On March 18, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(I), 423. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by April 7, 2015. On March 19, 2015, plaintiff filed her objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 15] issued by the Magistrate Judge on March 18, 2015, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 31st day of March, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE